IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENDRICK WILEY**  **PLAINTIFF**
**ADC #139566**

v.  **CASE NO. 2:12CV00244 BSM**

**JACKIE OXNER, et al.**  **DEFENDANTS**

## ORDER

The recommended disposition submitted by Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is reluctantly approved and adopted in all respects. Judge Deere's recommended disposition is a correct application of the law; however, the facts present a very troubling case because it is almost totally unbelievable that prisoners can pick a lock and barge past able guards to beat a man in the shower. A cynic would believe the assailants were aided. The question is, by whom?

Defendants' motions for summary judgment [Doc. Nos. 29, 32] are granted, and Wiley's claims are dismissed with prejudice.

IT IS SO ORDERED this 1st day of October 2013.

_____
UNITED STATES DISTRICT JUDGE